UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN B. JOHNSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FEDERAL BUREAU OF INVESTIGATION,<br><br>　　　　　Defendant. | No.  2:19-cv-2359-JAM-EFB PS<br><br><br>ORDER |

　　　　On May 14, 2020, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days.  Plaintiff filed objections on May 26, 2020, and amended objections on May 28, 2020.  Those filings were considered by the undersigned.

　　　　This court reviews de novo those portions of the proposed findings of fact to which objection has been made.  28 U.S.C. § 636(b)(1); McDonnell Douglas Corp. v. Commodore Business Machines, 656 F.2d 1309, 1313 (9th Cir. 1981), cert. denied, 455 U.S. 920 (1982).  As to any portion of the proposed findings of fact to which no objection has been made, the court assumes its correctness and decides the motions on the applicable law.  See Orand v. United States, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed de novo.  See Britt v. Simi Valley Unified Sch. Dist., 708 F.2d 452, 454 (9th Cir. 1983).

The court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the proposed Findings and Recommendations in full. Accordingly, IT IS ORDERED that:

1. The proposed Findings and Recommendations filed May 14, 2020, are adopted;
2. Plaintiff's first amended complaint (ECF No. 7) is dismissed without leave to amend;
3. Plaintiff's motions for leave to file documents electronically (ECF No. 8), for injunctive relief (ECF No. 10), and to conduct discovery (ECF No. 12) are denied as moot; and
4. The Clerk is directed to close the case.

DATED: June 29, 2020

/s/ John A. Mendez
UNITED STATES DISTRICT COURT JUDGE